# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MARLOWE,<br><br>    Plaintiff,<br><br>  vs.<br><br>DELTA AIR LINES, INC.,<br>and DOES 1 to 10,<br><br>    Defendants. | Case No.: CV 18-2569-DMG (AFMx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE [33]** |

The Court has read and considered the parties' "**JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE,**" AND GOOD CAUSE HAVING BEEN SHOWN:

**IT IS HEREBY ORDERED:**

1. That Plaintiff TIMOTHY MARLOWE's Complaint and the above-captioned action are hereby dismissed with prejudice; and
2. Each of the respective parties will bear their own costs and attorney's fees.

DATED: March 18, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE